# Notice Recipients

| District/Off: 0420–2 | User: owen | Date Created: 7/19/2010 |
|---|---|---|
| Case: 05–15042–jw | Form ID: pdf01 | Total: 85 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | Private Consulting Group | |
| cr | Robert Keys | |
| cr | Andrew P. McGehee | |
| cr | David B. George | |
| | | TOTAL: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| tr | Kevin Campbell | kcampbell@campbell–law–firm.com |
| cr | Jerry C. Pryor | reecewilliams@ctrlawfirm.com |
| aty | Alisa J. Roberts | roberts@graysonlaw.net |
| aty | Betsy Johnson Burn | Betsy.Burn@nelsonmullins.com |
| aty | Betsy Johnson Burn | Betsy.Burn@nelsonmullins.com |
| aty | Betsy Johnson Burn | Betsy.Burn@nelsonmullins.com |
| aty | Brandon K. Poston | keith.poston@nelsonmullins.com |
| aty | Charles Pelot Summerall, IV | csummerall@buistmoore.com |
| aty | David Reece Williams | reecewilliams@ctrlawfirm.com |
| aty | Edward Randolph Cole | ecole@turnerpadget.com |
| aty | Francis L.P. Barnwell | frankbarnwell@yahoo.com |
| aty | Frank B.B. Knowlton | frank.knowlton@nelsonmullins.com |
| aty | George Barry Cauthen | George.Cauthen@nelsonmullins.com |
| aty | Hugh W. Buyck | hwb@buyckfirm.com |
| aty | J. Ronald Jones, Jr. | rjones@clawsonandstaubes.com |
| aty | Jack L. Smith | jsmith@hollandhart.com |
| aty | Jason A. Daigle | jason@maybanklaw.com |
| aty | Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| aty | John B. Kern | john.kern@scbar.org |
| aty | John Timothy Stack | John.T.Stack@usdoj.gov |
| aty | Joseph C. Wilson, IV | joewilson@phsm.net |
| aty | Joseph F. Buzhardt, III | USTPRegion04.CO.ECF@usdoj.gov |
| aty | Joseph F. Buzhardt, III | USTPRegion04.CO.ECF@usdoj.gov |
| aty | Joseph W Grier, III | jgrier@grierlaw.com |
| aty | Joseph W. Grier, III | jgrier@grierlaw.com |
| aty | Kenneth S Leonetti | kleonetti@foleyhoag.com |
| aty | Michael Conrady | mconrady@campbell–law–firm.com |
| aty | Michael H. Conrady | mconrady@campbell–law–firm.com |
| aty | Michael M. Beal | mbeal@mcnair.net |
| aty | Neil Keith Emge, Jr. | nemge@carlockcopeland.com |
| aty | R. William Metzger, Jr. | bmetzger@robinsonlaw.com |
| aty | Robert E. Culver | bob@culverlaw.net |
| aty | Robert W. Fischer | rfischer@fischersanger.com |
| aty | S. Nelson Weston, Jr. | nweston@rpcrlaw.com |
| aty | Steven A. Soulios | ssoulios@rutasoulios.com |
| aty | William Harold Short, Jr. | bshort@hsblawfirm.com |
| | | TOTAL: 37 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | | |
|---|---|---|---|---|---|---|
| db | Derivium Capital, LLC | PO Box 754 | Tuxedo Park, NY 10987 | | | |
| intp | Alan M. Grayson and the AMG Trust | c/o Charles P. Summerall, IV, Esq. | PO Box 999 | Charleston, SC 29402 | | |
| aty | Nelson Mullins Riley &Scarborough, LLP | 1320 Main Street | P.O. Box 11070 | Columbia, SC 292011–1070 | | |
| intp | Andrew McGehee | 326 Highland Drive | Seattle, WA 98109 | | | |
| intp | James McGehee, III | 700 Colonial | Memphis, TN 38117 | | | |
| intp | Paessler | 700 Colonial Road, Suite 120 | Memphis, TN 38117 | | | |
| intp | James E. McGehee, Jr. | 700 Colonial Road, Suite 125 | Memphis, TN 38117 | | | |
| intp | Robert W. Fischer | Fischer &Sanger | 5956 Sherry Lane | Suite 1204 | Dallas, TX 75225 | |
| cr | Charleston Aluminum, LLC | 480 Frontage Road | Gaston, SC 29053 | | | |
| cr | McGehee Family Partnership | 700 Colonial Rd, Suite 125 | Memphis, TN 38117 | | | |
| cr | Yuri Debevc | c/o John B. Kern | 180 East Bay Street | Suite 200 | Charleston, SC 29401 | |
| intp | David Priebe | DLA PIPER RUDNICK GRAY CARY US LLP | 2000 University Avenue | East Palo Alto, CA 94303–2248 | | |
| intp | Kirk Wallace | 71 Stephenson Street, Suite 2100 | San Francisco, CA 94105 | | | |
| intp | Charles D. Cathcart | PO Box 754 | Tuxedo, NY 10987 | | | |
| intp | Kathryn Collings | c/o Ruta &Soulios | 1500 Broadway | 21st Floor | New York, NY 10036 | |
| intp | Cecilia Shao | c/o Ruta &Soulios LLP | 1500 Broadway, 21st Floor | New York, NY 10036 | | |
| intp | Shyam Pillalamari | c/o Ruta &Soulios LLP | 1500 Broadway, 21st Fl | New York, NY 10036 | | |

| | | | | |
|---|---|---|---|---|
| intp | Dorairaju Thavaseelan | c/o Ruta &Soulios LLP | 1500 Broadway, 21st Floor | New York, NY 10036 |
| intp | Jeremy Haddock | c/o Ruta &Soulios LLP | 1500 Broadway, 21st Floor | New York, NY 10036 |
| cr | Robert and Annie Hood | 149 Blackfoot Trail | Lake Kiowa, TX 76240 | |
| intp | Gregory E. Goldberg | Holland &Hart LLP | 555 17th St., Ste 3200 | Denver, CO 80202 |
| cr | Crawford Capital Corp. | 125 S. E. Main St., Suite 270 | Minneapolis, MN 55414 | |
| cr | Wayne Weaver | 111 Congress Ave. 4th Flr | Austin, TX 78701 | |
| cr | Robert and Melanie Sabelhaus | 100 South Light Street | Baltimore, MD 21201 | |
| aty | Fleet Freeman | 941 Houston Northcutt Blvd, Suite 204 | PO Box 1123 | Mt. Pleasant, SC 29465–1123 |
| wit | Robert J. Nagy | c/o Law Offices of Fleet Freeman, LLC | P.O. Box 1123 | Mt. Pleasant, SC 29465–1123 |
| cr | George and Marianne Fischer | c/o FISCHER AND SANGER | 5956 Sherry Lane Suite 1204 | Dallas, tx 75225 |
| cr | Franchise Tax Board State Of California | Special Procedures Section | Attn Fred Heltzel | PO Box 2952    Sacramento, CA 95812–2952 |
| cr | Wachovia Securities, LLC | c/o C/o Matthew Triggs, Esq. | C/o Matthew Triggs, Esq. | 2255 Glades Road, Suite 240 West    Boca Raton, FL 33431–736 |
| cr | Laurence Keenan | c/o Michael M. Beal | P.O. Box 11390 | Columbia, SC 29211 |
| cr | HAYNSWORTH SINKLER BOYD, P.A. | PO BOX 11889 | COLUMBIA, SC 29211–1889 | |
| aty | Campbell Law Firm, P.A. | 890 Johnnie Dodds Boulevard | P. O. Box 684 | Mount Pleasant, SC 29465–0684 U.S. OF A. |
| sp | Pierce, Herns, Sloan &McLeod, LLC | 321 East Bay Street | P. O. Box 22437 | Charleston, SC 29413–2437 |
| sp | R. Bruce Wallace Nexsen Pruet, LLC | Suite 400    205 King Street | P. O. Box 486 | Charleston, SC 29402–0486 U.S. OF A. |
| acc | David R. Fischbein | Suite B    210 Candi Lane | Columbia, SC 29210 U.S. OF A. | |
| cr | Department of the Treasury | IRS    1835 Assembly Street, MDP 39 | Columbia, SC 29201 | |
| intp | Timothy R. Gottschalk | 681 Ruckel Drive | Niceville, FL 32578 | |
| cr | Roger M. Hoffer | 4601 S Queen St | Littleton, CO 80127 | |
| aty | A Cotton Wright | GRIER FURR AND CRISP PA | 101 North Tryon Street | Suite 1240    Charlotte, NC 28246 |
| aty | Alan Grayson | KUBLI AND GRAYSON PC | 1420 Springhill Road Suite 230 | McLean, VA 22102 |
| aty | John B. Kern | John B. Kern International Law, LLC | 180 East Bay Street, Suite 200 | Charleston, SC 29401 |
| aty | Mary G. Slocum | Office of the United States Trustee | 1835 Assembly Street Suite 953 | Columbia, SC 29201 |
| aty | Scott E. Hultstrand | S.C. Office of the Attorney General | PO BOX 11549 | Columbia, SC 29211 |
| aty | Steven A. Soulios | Ruta &Soulios LLP | 1500 Broadway, 21st Floor | New York, NY 10036 |

TOTAL: 44